

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Kenneth W. Taber
tel: +1.212.858.1813
kenneth.taber@pillsburylaw.com

September 16, 2024

**VIA ECF**
Hon. Lorna G. Schofield
United States District Judge
The Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> **Application GRANTED.** The initial pretrial conference scheduled for October 3, 2024, is **ADJOURNED** to **October 9, 2024, at 4:10 P.M.** By **October 2, 2024**, the parties shall file a joint letter and proposed case management plan. The Clerk of Court is respectfully directed to close the motion at Docket No. 29.
>
> Dated: September 17, 2024
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   ***Talenthub Worldwide, Inc. v. Talenthub Workforce, Inc., et al.***, Case No. 24-cv-6264: Joint Letter Motion for Order to Reschedule Initial Conference

Dear Judge Schofield:

Defendants Talenthub Workforce, Inc., Standard Consulting, Inc., J Computer Pro, Inc., Eric Goldstein, Diane Porembski, Patricia Kampel, Tanya Wilson (Wellard), Jeannine Triolo, Valerie West, and Joseph Lipinski (collectively, Defendants) and Plaintiff Talenthub Worldwide, Inc. (together with Defendants, the "Parties") jointly submit this letter to respectfully request that the Court reschedule the October 3, 2024 Initial Conference.

On August 23, 2024, this Court issued an Order scheduling a telephonic Initial Conference for October 3, 2024 at 4:10pm. *See* Dkt. 3. At the time of that Order, Defendants had not yet been served in the case. As of last week, however, Defendants have all waived service. *See* Dkt. 26.

Multiple counsel observe the Jewish holiday Rosh Hashanah, which falls on October 2-4, 2024. Accordingly, the Parties respectfully request a brief adjournment of the Initial Conference to a date on or after October 7, 2024. This is the first request by the Parties for an adjournment or extension of time in this matter, and an adjournment will not affect any other scheduled dates.

Respectfully submitted,

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: */s/ Kenneth W. Taber*
*Counsel for Defendants*

4874-4162-9925

                                  **LEWIS BAACH KAUFMANN MIDDLEMISS PLLC**

                                  By: _/s/ Anthony Capozzolo_
                                  *Counsel for Plaintiff*

cc:   All Counsel of Record (Via ECF)

4874-4162-9925