Plaintiff shall file proof of service in compliance with Local Civil Rule 1.4 for the withdrawing attorney by **October 1, 2024**.

Dated: September 26, 2024
     New York, New York

*[Signature]*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TALENTHUB WORLDWIDE, INC.,

    Plaintiff,

- against -

TALENTHUB WORKFORCE, INC.; ERIC GOLDSTEIN; STANDARD CONSULTING, INC.; DIANE POREMBSKI; PATRICIA KAMPEL; TANYA WILSON (WELLARD); JEANNINE TRIOLO; VALERIE WEST; JOSEPH LIPINSKI; and J COMPUTER PRO, INC.

    Defendants.

---

Case No. 24-cv-6264

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

Notice is hereby given that, subject to approval by the court, Talenthub Worldwide, Inc. substitutes Anthony M. Capozzolo, New York State Bar Number 270316, as counsel of record in the place of Stuart Kagen.

Contact information for new counsel is as follows:

    Firm Name: Lewis Baach Kaufmann Middlemiss PLLC
    Address: 10 Grand Central at 155 East 44th Street, 25th Floor, New York, NY 10017
    Telephone: 212-897-1970
    Email: anthony.capozzolo@lbkmlaw.com

I consent to the above substitution:

Date: 9/24/24

*[Signature]*
Oren Glass, authorized representative of Talenthub Worldwide, Inc.

I consent to being substituted:

Date: September 25, 2024

Stuart Kagen

I consent to the above substitution:

Date: September 24, 2024

Anthony M. Capozzolo

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge