UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
TALENTHUB WORLDWIDE, INC.,                  :
                           Plaintiff, :
                                     :        24 Civ. 6264 (LGS)
-against-                                   :
                                     :             ORDER
TALENTHUB WORKFORCE, INC. et al.,           :
                       Defendants. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an initial pretrial conference was held on October 9, 2024. As discussed at the conference, it is hereby

      **ORDERED** that, by **October 16, 2024**, Defendants shall file a pre-motion letter concerning their anticipated motion to dismiss. By **October 23, 2024**, Plaintiff shall file a responsive letter as described in the Court's individual rules, including a statement of any intention to amend the Complaint. It is further

      **ORDERED** that, by **October 30, 2024**, the parties shall have retained an accountant to facilitate settlement discussions and shall file a joint letter reporting on the status or timetable for such discussions. It is further

      **ORDERED** that discovery is **STAYED** pending resolution of Defendants' motion to dismiss.

Dated: October 10, 2024
       New York, New York

                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE