

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street  |  New York, NY 10019-6131  |  tel 212.858.1000  |  fax 212.858.1500

*[Signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Kenneth W. Taber
tel: +1.212.858.1813
kenneth.taber@pillsburylaw.com

November 22, 2024

**Plaintiff shall file a response to Defendants' pre-motion letter by December 5, 2024.**

**Dated: November 25, 2024**
**New York, New York**

**VIA ECF**
Hon. Lorna G. Schofield
United States District Judge
500 Pearl Street
New York, New York 10007

Re: *Talenthub Worldwide, Inc. v. Talenthub Workforce, Inc.*, Case No. 24 Civ. 6264 (LGS)

Dear Judge Schofield,

We write on behalf of Defendants, pursuant to Rule III of Your Honor's Individual Rules and Procedures in Civil Cases, to request a conference for leave to file a motion to dismiss the Amended Complaint of Plaintiff Talenthub Worldwide, Inc.'s ("Plaintiff" or "Worldwide") (Dkt. 41), pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).[1] As detailed below, the Amended Complaint does nothing to cure the fatal defects in the original Complaint; if anything, it contains several new allegations that buttress the bases for dismissal.

**Background**

The story here begins with Glass' reprehensible 2021 behavior – all admitted in his pleadings in New York Supreme Court – which the Amended Complaint only obliquely acknowledges as "a mental health crisis . . . requiring hospitalization." Dkt. 41 ¶ 135. Specifically, Glass admits to:

- "us[ing] racial, religious and sexual slurs against [Defendants] Kampel, Porembski and/or West" (*Goldstein v. Glass*, Index No. 654474/2023, NYSCEF No. 42 ¶ 7);
- leaving voicemails calling Defendant West a "fucking ugly fucking nigger" and Defendant Goldstein's adult daughter a "fucking cunt" (*Id.*, NYSCEF No. 2 ¶ 46);
- calling Defendant West an "ugly piece of shit" in an email (*Id.* ¶ 47);
- making death threats against Defendant Goldstein (*Id.* ¶ 50); and
- castigating Defendant Goldstein's "self-hating Jewish in-laws" and calling his adult sons "mentally deficient" in an email (*Id.* ¶ 55).

---

[1] Capitalized terms not defined herein have their meaning as in the Complaint. Pursuant to Individual Rule III(C)(2), we propose the following briefing schedule for Defendants' motion: opening brief due 30 days after any decision granting this letter request; response brief due 30 days thereafter; reply brief due 21 days thereafter.