UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
          :
TALENTHUB WORLDWIDE, INC.,    :
         Plaintiff,    :
          :    24 Civ. 6264 (LGS)
-against-    :
          :    <u>ORDER</u>
TALENTHUB WORKFORCE, INC. et al.,  :
         Defendants.    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a pre-motion conference regarding Defendants' proposed motion to dismiss the Amended Complaint was held on December 11, 2024. As discussed at the conference, it is hereby

**ORDERED** that Defendants shall file their motion to dismiss the Amended Complaint by **January 10, 2025**. Plaintiff shall file its opposition by **February 7, 2025**. Defendants shall file their reply to Plaintiff's opposition by **February 21, 2025**. It is further

**ORDERED** that discovery is **STAYED** pending resolution of Defendants' motion to dismiss the Amended Complaint.

Dated: December 12, 2024
       New York, New York

                                        LORNA G. SCHOFIELD
                                   UNITED STATES DISTRICT JUDGE