UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TALENTHUB WORLDWIDE, INC.,
                    Plaintiff,

-against-

TALENTHUB WORKFORCE, INC. et al.,
                    Defendants.
------------------------------------------------------------X

24 Civ. 6264 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 30, 2024, the parties filed a letter on the status of settlement discussions.  It is hereby

**ORDERED** that, by **August 12, 2025**, the parties shall file a joint letter on the status of settlement discussions.  The letter shall also provide the status of the related state court action.

Dated: August 11, 2025
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**