UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
TALENTHUB WORLDWIDE, INC.,                                    :
                                                              :
                                        Plaintiff,            :         24 Civ. 6264 (LGS)
                        -against-                             :
                                                              :
TALENTHUB WORKFORCE, INC., et al.,                            :         **ORDER**
                                                              :
                                        Defendants.           :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 3, 2025, Plaintiff filed a motion for reconsideration of the

Memorandum and Opinion entered on September 5, 2025, dismissing the First Amended

Complaint.

WHEREAS, Defendant filed a letter arguing that Plaintiff's motion is untimely under

Local Civil Rule 6.3, but not "respond[ing] substantively to the motion." Plaintiff filed a

responsive letter arguing that the motion is timely. It is hereby

**ORDERED** that, by **October 16, 2025**, Defendants shall file a substantive response to

Plaintiff's motion solely as to the question of whether Plaintiff should be granted leave to replead

the Computer Fraud and Abuse Act claim. Defendants' response may include further argument

as to whether the timeliness of Plaintiff's motion should bear on whether reconsideration should

be granted.

Dated: October 9, 2025
       New York, New York

_____
           LORNA G. SCHOFIELD
     UNITED STATES DISTRICT JUDGE