**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TALENTHUB WORLDWIDE, INC.,

                Plaintiff,

-against-                           24 **CIVIL** 6264 (LGS)

                                            **JUDGMENT**

TALENTHUB WORKFORCE, INC. et al.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 24, 2025, Plaintiff's motion for reconsideration is **DENIED**; accordingly, the case is closed.

**Dated:** New York, New York

      October 24, 2025

                                                        **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                **BY:**                *K. Mango*

                                                        **Deputy Clerk**